ORIGINAL

NOV 5 2026 AM10:14
FILED-USDC-NDTX-FW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

cts-O

UNITED STATES OF AMERICA

v.

CELESTIN KUASA KATUBADI

Case No. 4:26-CR-305-O

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Introduction

1. Defendant **Celestin Kuasa Katubadi** was born in the Democratic Republic of Congo and is a citizen of that country. He is a lawful permanent of the United States but is not a United States citizen. He has never applied to become a United States citizen.

2. On November 5, 2024, **Katubadi** voted in person for the general and special elections in Tarrant County. The 2024 general election included an election for the offices of President of the United States, Vice President of the United States, Presidential Elector, Member of the Senate, and Member of the House of Representatives.

3. Paragraphs 1 and 2 are incorporated in Count One of this Superseding Information.

***[Remainder of page intentionally left blank]***

Count One
Voting by an Alien in a Federal Election
[Violation of 18 U.S.C. § 611]

On or about November 5, 2024, within the Fort Worth Division of the Northern District of Texas, the defendant, **Celestin Kuasa Katubadi**, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential Elector, Member of the Senate, or Member of the House of Representatives,

In violation of 18 U.S.C. § 611.

In violation of 18 U.S.C. § 611.

RYAN RAYBOULD
UNITED STATES ATTORNEY

MATTHEW M. CAPOCCIA
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov